UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM R. FRAZIER, ) | No. EDCV 07-1620 FFM |
| Plaintiff, ) | JUDGMENT OF REMAND |
| v. ) | |
| MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, ) | |
| Defendant. ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated September 17, 2009.

DATED:  September 17, 2009

                                      /S/ FREDERICK F. MUMM
                                      FREDERICK F. MUMM
                                      United States Magistrate Judge